**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **NATALI DEL VALLE TIAPA RONDON** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2722-D** |
| | ) | |
| **FRED FIGUEROA, et al.,**[1] | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER GRANTING APPLICATION**
**FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Upon consideration of Petitioner's Affidavit in Support of Fee Waiver Request, which the Court construes as a Motion for Leave to Proceed Without Prepaying Costs or Fees,[2] (Doc. 2), the undersigned finds that the applicant is financially unable to prepay the fees and costs or give security therefor of the above-captioned proceedings. The court **GRANTS** Petitioner's Motion.

---

[1] Fred Figueroa, who is the Warden of Diamondback Correctional Facility, is a proper respondent in this action. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004). Additionally, the United States Secretary of Homeland Security, Markwayne Mullin, and United States Attorney General, Todd Blanche, are proper respondents. *See Rafati v. Barr*, Case No. 20-CIV-411, 2020 WL 12968837, at *1 (E.D. Okla. Dec. 22, 2020). "If a petitioner names the wrong respondent, this Court may simply substitute the correct party." *Dopp v. McCoin*, No. CIV-18-520-D, 2019 WL 3071984, at *2 (W.D. Okla. Feb. 28, 2019), *adopted*, 2019 WL 1952693 (W.D. Okla. May 2, 2019). The undersigned does so here by adding Fred Figueroa, Markwayne Mullin, and Todd Blanche as respondents.

[2] That Petitioner utilized the incorrect form is not relevant to the underlying issue here: whether Petitioner is unable to prepay the filing fee.

ENTERED this 5th day of October, 2026.

Amanda L. Maxfield
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE